# EXHIBIT 7



**Scalia Law '25** ⌄

You love to see it
🏌️ 1

SEP 27, 2024, 12:46 PM

Mr. Doe

Hey Everyone, I am so excited to share that I am officially the Law School/Student Representative for GAPSA (Graduate and Professional Studies Assembly) here at George Mason. GAPSA reports up and down the chain of command across Mason from the Board of Visitors, President, etc. In my role, I will share concerns/issues law students have to GAPSA to work on effecuating change and resolving the concerns students have. Please reach out to me here or text me ███████ if there are concerns you would like addressed and I will do my best to advocate for all of us. 🔵
💗 3

SEP 27, 2024, 12:52 PM

Mr. Doe

I have already shared some concerns that you all have raised, including establishing Hygeine product disposal containers/and products in ALL restrooms, on all floors around the law school (regardless of gender marker/sign outside of the restroom), suicide/domestic violence prevention resources/signage in all restrooms.
💗 2

SEP 27, 2024, 1:50 PM

Send Message...



Scalia Law '25 ⌄

work on effecuating change and resolving the concerns students have. Please reach out to me here or text me ████████ if there are concerns you would like addressed and I will do my best to advocate for all of us. 🌐

💗 3

SEP 27, 2024, 12:52 PM

Mr. Doe

I have already shared some concerns that you all have raised, including establishing Hygeine product disposal containers/and products in ALL restrooms, on all floors around the law school (regardless of gender marker/sign outside of the restroom), suicide/domestic violence prevention resources/signage in all restrooms.

💗 2

SEP 27, 2024, 1:50 PM

Tampons in the men's bathroom is an unnecessary expense and political totem that many people at this school disagree with. Many of us do not want to pay for this type of thing with our tuition.

🔨 9

I would personally love water bottle filing stations on every floor

🔨 22

Filling ..

Send Message...



**Scalia Law '25** ⌄

SEP 27, 2024, 1:50 PM

Tampons in the men's bathroom is an unnecessary expense and political totem that many people at this school disagree with. Many of us do not want to pay for this type of thing with our tuition.

🔨 9

I would personally love water bottle filing stations on every floor

🔨 22

Filling ..

**Mr. Doe**

I'll make note of your thoughts, ██████ Do also recognize that I did not suggest or hint that student tuition would pay for anything in my previous messages or when I presented those concerns in our meeting. Thanks.

> I would personally love water bottle filing stations on every floor

Noted! I will add to the list and pass this along for sure and see what can be done.

🔨 3

SEP 27, 2024, 1:58 PM

Send Message...



**Scalia Law '25** ⌄

Filling ...

Mr. Doe

I'll make note of your thoughts, ████. Do also recognize that I did not suggest or hint that student tuition would pay for anything in my previous messages or when I presented those concerns in our meeting. Thanks.

████████

I would personally love water bottle filing stations on every floor

Noted! I will add to the list and pass this along for sure and see what can be done.

🦶 3

SEP 27, 2024, 1:58 PM

**Selene Cerankosky**
With the advocacy for female products in the male restrooms, you are expressing that male bathrooms will welcome female occupants and female bathrooms will welcome male occupants. I speak for myself and many other women when I say that we will feel considerably uncomfortable if there are males using private women's spaces on campus. Do also recognize the concerns of biological female students. Thanks!

🦶 11

████████

As a more general matter, many of us do not want biological women in men's bathrooms and vice verse. This is a moral and safety issue for many people. So putting tampon dispensers in men's bathrooms isn't just about the fiscal burden. It represents a top-down cultural and behavioral change at Scalia many of its students do not endorse. Please make sure these

＋  Send Message...                                                                    ☺



**Scalia Law '25** ⌄

As a more general matter, many of us do not want biological women in men's bathrooms and vice verse. This is a moral and safety issue for many people. So putting tampon dispensers in men's bathrooms isn't just about the fiscal burden. It represents a top-down cultural and behavioral change at Scalia many of its students do not endorse. Please make sure these voices are heard during any discussion with administration, so as not to discourage or exclude students with conservative values.

👮 7

I also think it's silly that there's only water bottle filling stations every other floor. I'm with ▇▇ on that one

👮 11

SEP 27, 2024, 2:06 PM

Yet a finnish company makes tampons for males... newsflash people women aren't the only ones who have periods as there is also a population of biological males who get them due to different medical conditions and not all trans men choose to take hormone replacement therapy and they can still have periods even if they do take it. No one's saying that just anyone will be able to walk into the opposite gender's restroom, but they should be able to have the products they need in the restroom of the gender they identify with, the restroom they use. Without peeking under the stall you'd have little way of knowing exactly what parts anyone has, and if your doing that then there's a bigger problem than just a transgendered person using a

Send Message...



### Scalia Law '25

SEP 27, 2024, 2:06 PM

Yet a finnish company makes tampons for males... newsflash people women aren't the only ones who have periods as there is also a population of biological males who get them due to different medical conditions and not all trans men choose to take hormone replacement therapy and they can still have periods even if they do take it. No one's saying that just anyone will be able to walk into the opposite gender's restroom, but they should be able to have the products they need in the restroom of the gender they identify with, the restroom they use. Without peeking under the stall you'd have little way of knowing exactly what parts anyone has, and if your doing that then there's a bigger problem than just a transgendered person using a restroom that is gender-affirming for them.

🔨 4

Mr. Doe

I also think it's silly that there's only water bottle filling stations every other floor. I'm with ▇ on that one

I will do my best. Keep in mind I'm a middle "person" but will advocate as best as I am able to. I am unsure how the piping and waterlines are logistically connected but I will certainly bring these concerns forward.

🔨 2

I personally could care less what restroom someone uses due to their own gender identity, and i don't see the harm in having basic products in both restrooms. It reduces a lot of stigma

Send Message...



**Scalia Law '25** ⌄

I personally could care less what restroom someone uses due to their own gender identity, and i don't see the harm in having basic products in both restrooms. It reduces a lot of stigma surrounding those issues.

🪓 5

**Maria Arcara**

As ██████ was trying to explain, conservative students have as much a right to be represented at this school as anyone else. If you want to change the bathroom policy, we have the right to argue for it remaining as it is. And the fact is, women can tell if a biological man is in the room with them at a vulnerable time and I don't want that to happen to me or any other women

❤️ 2    🪓 2

I think the idea of having hygiene products available in all restrooms is to offer a solution to those who might be male-presenting but still menstruating (like ████ as noted). This way, if they needed a tampon, they wouldn't not have to go to the women's restroom.

🪓 11

I think the idea of having hygiene products available in all restrooms is to offer a solution to those who might be male-presenting but still menstruating (like ████ as noted). This way, if they needed a tampon, they wouldn't not have to go to the women's

+ Send Message...                                                                          ☺



they needed a tampon, they wouldn't not have to go to the women's restroom.

🏃 11

I think the idea of having hygiene products available in all restrooms is to offer a solution to those who might be male-presenting but still menstruating (like ▆▆▆ has noted). This way, if they needed a tampon, they wouldn't not have to go to the women's restroom.

Exactly, that's all i'm trying to point out.

🏃 2

**Selene Cerankosky**
I fail to understand how Hazel Hall will allow biological females into male restrooms to access period products as "trans men," while not also allowing "just any" biological male to walk into a female restroom. Having a double standard such as that would be a fast discrimination issue. Women have been gaslit in recent years about how our allowance for males to occupy our vulnerable spaces will not attract arbitrary entries, but it certainly has. Women have a right to feel safe in spaces where they disrobe.

🏃 3

*muted*

🏃 12

＋   Send Message...                                                                    ☺



**Scalia Law '25** ⌄

"muted"
🔨 12

Mr. Doe

Let's not jump to unnecessary conclusions. I am in no way implying and signaling that all bathrooms would become gender neutral, though anatomically speaking I don't think it's anyone else's business what gender someone identifies with, as, or if they identify with any at all.
🔨 3

**Maria Arcara**

> Selene Cerankosky
> I fail to understand how Hazel Hall will allow biological females into male restrooms to access period products as "trans men," while not also allowing "just any" biological male to walk into a female restroom. Having a double standard such as that would be a fast discrimination issue. Women have been gaslit in recent years about how our allowance for males to occupy our vulnerable spaces will not attract arbitrary entries, but it certainly has. Women have a right to feel safe in spaces where they disrobe.

I agree with Selene. It never stops at tampons in a male restroom
🔨 4

added                  to the group.

**Selene Cerankosky**
> Mr. Doe

Send Message...



**Scalia Law '25** ⌄

**Selene Cerankosky**
> Mr. Doe

Let's not jump to unnecessary conclusions. I am in no way implying and signaling that all bathrooms would become gender neutral, though anatomically speaking I don't think it's anyone else's business what gender someone identifies with, as, or if they identify with any at all.

Respectfully, Mr. Doe as women, it is absolutely our business if a male enters our bathroom.

⚖ 3    ❤ 1

███████████

They could technically use it right now because there's no law or policy preventing it. We aren't saying change anything, we are just saying that there's no harm in having products in those restrooms for the people that might need them.

⚖ 1

**Selene Cerankosky**
If any female students encounter a male in their restroom, please do not hesitate to let me know. I will ensure something is said about it and hopefully changed.

⚖ 2    ❤ 1

███████████

What if we just offer hygiene products in a neutral non-bathroom area so anyone could access them at any time?

⚖ 16

＋    Send Message...                                                    ☺











**Scalia Law '25** ⌄

Mr. Doe

Selene Cerankosky

If any female students encounter a male in their restroom, please do not hesitate to let me know. I will ensure something is said about it and hopefully changed.

Respectfully, Selene how are you planning to identify a "male" in the bathroom? Does the individual need to have a shaved head, have or not have certain anatomy, not wear makeup, dress a certain way, or fit a systemic stereotype of a "male"? Your perception of one's gender is just that... a perception, and does not define someone else's gender identity for them.

❤️ 2

What if upper middle class adults brought their own tampons to school and we didn't install vending machines under the pretext of a "public health accommodation" in order to ramrod partisan political issues into public institutions?

Speak for yourself :) Not all of us are upper middle class

🔨 4

Mr. Doe

What if upper middle class adults brought their own tampons to school and we didn't install vending machines under the pretext of a "public health accommodation" in order to ramrod partisan political issues into public institutions?

This wasn't political. It was simply me sharing students concerns and increasing access to

Send Message...  😊



**Scalia Law '25** ⌄

What if upper middle class adults brought their own tampons to school and we didn't install vending machines under the pretext of a "public health accommodation" in order to ramrod partisan political issues into public institutions?

This wasn't political. It was simply me sharing students concerns and increasing access to health care products. How one uses those products is only that person's business.

**Selene Cerankosky**

_Mr. Doe_

Respectfully, Selene how are you planning to identify a "male" in the bathroom? Does the individual need to have a shaved head, have or not have certain anatomy, not wear makeup, dress a certain way, or fit a systemic stereotype of a "male"? Your perception of one's gender is just that... a perception, and does not define someone else's gender identity for them.

The premise that I cannot tell if someone is a male is one that does not deserve the dignity of a response. How ridiculous.

❤️ 2   🏹 1

It won't be hard for Selene to recognize the man who comes into the women's room. There's only one man on campus that would do it and she knows exactly what he looks like

🤣 3

_Mr. Doe_

And as an aside, pads for example, are used for more than one purpose. I apologize if this isn't

Send Message...



**Scalia Law '25** ⌄

█ ████████  It won't be hard for Selene to recognize the man who comes into the women's room. There's only one man on campus that would do it and she knows exactly what he looks like
🎨 3

█ Mr. Doe  And as an aside, pads for example, are used for more than one purpose. I apologize if this isn't well known, but figured it worth mentioning.

█ ████████████  Just to clarify, as this conversation has gotten into a lot of personal beliefs, are we all okay with there still being tampons in the women's bathrooms? Because even as someone that can afford to bring tampons to school, sometimes you just need that access at the last minute
🧹 13

Selene Cerankosky
████████████
> Just to clarify, as this conversation has gotten into a lot of personal beliefs, are we all okay with there still being tampons in the women's bathrooms? Because even as someone that can afford to bring tampons to school, sometimes you just need that access at the last minute

Absolutely.
🧹 3

████████████

Send Message...



**Scalia Law '25** ⌄

**Selene Cerankosky**

▆▆▆▆▆▆▆▆

Just to clarify, as this conversation has gotten into a lot of personal beliefs, are we all okay with there still being tampons in the women's bathrooms? Because even as someone that can afford to bring tampons to school, sometimes you just need that access at the last minute

Absolutely.

🏌 3

▆▆   ▆▆▆▆▆▆▆

Mr. Doe

This wasn't political. It was simply me sharing students concerns and increasing access to health care products. How one uses those products is only that person's business.

It's 1,000% the public's business whether males or females use the opposite sex's public bathrooms, and of course, tampon machines in a men's bathroom is our business. Both as users, taxpayers, and tuition payers.

You can try to sanitize the morality and politics of your proposal by calling it a "public health issue." This is a lie. Everyone knows it is not.

🏌 5

▆▆   ▆▆▆▆▆▆▆▆

＋   Send Message...                                              ☺



**Scalia Law '25** ⌄

You can try to sanitize the morality and politics of your proposal by calling it a "public health issue." This is a lie. Everyone knows it is not.

🏃 5

Just to clarify, as this conversation has gotten into a lot of personal beliefs, are we all okay with there still being tampons in the women's bathrooms? Because even as someone that can afford to bring tampons to school, sometimes you just need that access at the last minute

i can't believe we're even having to ask this question? ummm 3lol at gmu!

🏃 1

has joined the group

Oh one suggestion for something I'd like to see. The water filters are rarely changed for the water stations. I watched last time where the guy putting it in didn't change anything and just reset the light. Filters for the water stations would be great! It tastes like I'm drinking from a pool otherwise.

🏃 7

*This message was deleted*

Send Message...



**Scalia Law '25**

*This message was deleted*

SEP 27, 2024, 2:34 PM

Agreed, terrible metallic taste.

On a similar note, I'd also love to be able to buy plastic water bottles on days when I forget mine. The school currently only sells cans of water which I don't like as they are single use only. And water tastes bad out of a can.

👷 4    ❤️ 1

Also they only have Dasani as an option which tastes like dirt.

👷 3    🍖 1

Wait, are plastic water bottles not also single use?

Wait, are plastic water bottles not also single use?

Send Message...





**Scalia Law '25** ⌄

▇▇▇▇▇▇▇▇▇▇ added ▇▇▇▇ to the group.

**Selene Cerankosky**
I fail to understand how Hazel Hall will allow biological females into male restrooms to access period products as "trans men," while not also allowing "just any" biological male to walk into a female restroom. Having a double standard such as that would be a fast discrimination issue. Women have been gaslit in recent years about how our allowance for males to occupy our vulnerable spaces will not attract arbitrary entries, but it certainly has. Women have a right to feel safe in spaces where they disrobe.

Exactly

⚖ 2   ❤ 1

**Mr. Doe**

It's 1,000% the public's business whether males or females use the opposite sex's public bathrooms, and of course, tampon machines in a men's bathroom is our business. Both as users, taxpayers, and tuition payers.

You can try to sanitize the morality and politics of your proposal by calling it a "public health issue." This is a lie. Everyone knows it is not.

What makes you assume you would be bearing that cost? Taxpayers? Tampon machine? No one is personally sending you a bill ▇▇▇▇▇▇

⚖ 2   💢 1

➕   Send Message...   ☺

