# EXHIBIT 8

**From:** ███████████████████████
**Sent:** Sunday, September 29, 2024 1:26 PM
**To:** ███████████████████████; Maria E Arcara ███████████████████; Selene M Cerankosky ███████████████
**Cc:** ███████████████████████████
**Subject:** Re: open letter to SBA regarding the GAPSA Representative

Hey ██████,

Thanks for raising your concerns. Hopefully I can clear up some confusion. Also, CC'ing ████████████████.

To start, we share many of your concerns. Both ███ and I learned of [Mr. Doe's] new position at the same time as everyone else, when he posted it in the GroupMe. He was not appointed by the SBA and there was not a vote. According to the SBA Constitution (attached), Art. VII, Sec. 3, the position must be appointed by the SBA President and confirmed by the Board of Governors. No such appointment or confirmation happened. As far as SBA is concerned, [Mr. Doe] is not properly occupying the "office" of GAPSA Representative and does not represent SBA or the law school.

[Mr. Doe] approached SBA for an appointment to the GAPSA Rep. position last year, and the then-President denied his request. This year, [Mr. Doe] did not tell SBA he was interested in the position and no one on SBA was consulted. Additionally, ███ has no intention of appointing [Mr. Doe] to this position. Put simply, we do not know how [Mr. Doe] ended up on GAPSA, it seems like he went around the entire SBA structure and went straight to GAPSA.

I agree that the GAPSA Rep. position is one that requires proper procedure in appointment and confirmation. [Mr. Doe] did not approach the current SBA Board requesting an appointment, despite knowing from last year that this is an appointed position. SBA was not involved in [Mr. Doe's] "appointment" at all and is working to remedy the situation and remove him from GAPSA. ███ and I are planning on discussing the matter tomorrow with ████████. As for the SBA meeting tonight, we are discussing unrelated matters such as hearing an appeal for a 1L candidate for the Deputy Treasurer position who was disqualified from the ballot in the fall election. I'm not sure if this situation will be discussed being that the agenda was sent out before [Mr. Doe's] post. More likely, this will be discussed by the full SBA once ███ and I find out more of the facts.

Again, SBA did not take any action to grant [Mr. Doe] this position and as far as we are concerned, he is not the law school's GAPSA Rep. I hope this clears up some of the confusion. Happy to discuss this further if you or any other students have additional questions or concerns.

<span style="color:#b8860b">Exhibit 8, Page 1</span>

Regards,

