# EXHIBIT 9



**Diversity, Equity and Inclusion**
4400 University Drive, MS 2C2, Fairfax, Virginia 22030
Phone: 703-993-8730 Fax: 703-993-8899 Web: http://diversity.gmu.edu

# NO CONTACT ORDER-EFFECTIVE IMMEDIATELY

October 11, 2024

**Selene Cerankosky**
George Mason
University Fairfax,
VA 22030

RE: Case # 2993-1

Dear Selene,

This letter serves as a No Contact Order issued by the Office for Diversity, Equity, and Inclusion at George Mason University. Under this order, **you are to have no further contact with** [Mr. Doe]. **This order is effective immediately.**

Under the No Contact Order, you **may not** contact [Mr. Doe] physically, in person, by phone, text, email, instant messenger, written notes, social media, (including, but not limited to: Facebook, X/Twitter, Snapchat, Instagram, Google Hangout) or any other method of communication.

Additionally, you **may not** request or direct another person to communicate **on your behalf** with [Mr. Doe]. For example, you may not ask a mutual friend, family member, colleague, or acquaintance to deliver a message from you to [Mr. Doe] (e.g., "on your behalf").

Finally, you **may not** contact [Mr. Doe's] immediate family (including their spouse/partner, children, parents, or siblings, if any) or request or direct another person to communicate on your behalf with any of these family members.

*Receiving this No Contact Order does not imply or mean that you have violated any University Policy.* This No Contact Order is reciprocal, meaning that the person to which you are not to contact, must also comply with the same parameters of no contact with you (e.g., they may not contact you either).

If you are in a class(es), club, or other organization with this other person, this No Contact Order

does not mean that you may not continue attending class or participating in any clubs or activities. You may continue to attend and participate in these programs or activities; however, you may not contact the other person in compliance with this Order. You may contact the Office for Diversity, Equity, and Inclusion if you have any shared programs or activities with the other person for further guidance.

**This No Contact Order will remain in effect until further notice**.

**Retaliation Prohibited**

Additionally, you should know that retaliation is against [University Policy](University Policy). Specifically, retaliation means any adverse action taken against a person for making a good faith report of Prohibited Conduct or participating in any proceeding under [University Policy](University Policy). Retaliation includes threatening, intimidating, harassing, coercing or any other conduct in person or on social media that would discourage a reasonable person from engaging in activity protected under this policy. Retaliation may be present even where there is a finding of "no responsibility" on the allegations of Prohibited Conduct. Retaliation does not include good faith actions lawfully pursued in response to a report of Prohibited Conduct.

**Process for Alleging a Violation of a No Contact Order**
To allege that the other party has violated a No Contact Order, you may:

(1) Notify the Office for Diversity, Equity, and Inclusion (who will refer you to the Office of Student Conduct or Human Resources);

(2) File a report with the Office of Student Conduct (for students who allegedly violate the Order); or

(3) Contact Human Resources via [emprel@gmu.edu](mailto:emprel@gmu.edu) to report a possible violation (for a faculty or staff member who allegedly violates the Order).

**Process to Request to Cancel a No Contact Order**

If you wish to cancel the No Contact Order, you must contact the Office for Diversity, Equity, and Inclusion to request that the No Contact Order be cancelled. Upon this receipt, the Office for Diversity, Equity, and Inclusion will determine if cancellation of the No Contact Order is appropriate, given the known circumstances. If this determination is made that the Order can be cancelled, the Office for Diversity, Equity, and Inclusion will then contact the other party to ensure that they are comfortable with the cancellation. If that party is comfortable, the Office for Diversity, Equity, and Inclusion will contact the parties to notify them of the Order's cancellation.

If you have any questions, please contact me directly at 703-993-8730 or [titleix@gmu.edu](mailto:titleix@gmu.edu).

Sincerely,

Thomas ("Tom") M. Bluestein, Ph.D., J.D.
Assistant Vice President, Equity and Access Services
Title IX Coordinator
ADA Coordinator
George Mason University
Office for Diversity, Equity and Inclusi