# EXHIBIT 11

 **Outlook**

## Re: NOTICE OF NO CONTACT ORDER

| | |
|---|---|
| From | Thomas Bluestein |
| Date | Tue 10/15/2024 10:23 AM |
| To | Maria E Arcara |
| Cc | Title IX |

Good morning, Maria,

Thank you for your email. In response to your points and questions, please consider the following information:

-The receipt of a No Contact Order (NCO) is not punitive or a sanction in any sort. NCOs can lead to disciplinary action if one allegedly violates the NCO, and the Office of Student Conduct adjudicates allegations of violations of NCOs (for students). NCOs are issued reciprocally, meaning both parties to the NCO must abide by the terms.

-NCOs are issued upon receipt of a report of alleged prohibited conduct that falls within Title IX (or Policy 1202) jurisdiction. In this situation, the alleged prohibited conduct is not the underlying speech; we do not limit one's speech or expression about any viewpoint. The alleged prohibited conduct here is the <u>effect</u> of speech on a member of the Mason community. **This is an important distinction; the NCO does not regulate or prohibit your right to speak or express your views (in the GroupMe or other venues).** For this reason, you are welcome to continue posting in the GroupMe, even in response to information provided by the other party (in other words, **you are not** being barred from responding). However, I would caution you from "tagging" that person in a response, or otherwise using their name in the response (in other words, tailor your response to the issue/content, not the individual).

-The NCO lists the process by which an individual may request for an NCO to be removed; here, since the NCO was issued just last week, I will not yet engage the other party in asking whether they are comfortable with removing the NCO. However, in the future, please feel free to contact me, requesting that the NCO be removed.

-Last, currently, there is no open investigation in my office regarding the alleged effect of the content in the GroupMe. Even if there was an investigation and you were found not responsible for violating Policy 1202, the Federal Title IX regulation and University Policy allow supportive measures, such as NCOs to persist between parties.

Thank you,
Tom

--
**Thomas ("Tom") M. Bluestein, Ph.D., J.D.**
Assistant Vice President, Equity and Access Services
Title IX Coordinator
ADA Coordinator
George Mason University
Office for Diversity, Equity and Inclusion
4400 University Dr., MSC 2C2
Fairfax, VA 22030
Main Office: 703-993-8730

**From:** Maria E Arcara <span style="background:black">████████████</span>
**Date:** Saturday, October 12, 2024 at 1:56 PM
**To:** Thomas Bluestein <span style="background:black">████████████</span>
**Cc:** Title IX <span style="background:black">████████████</span>
**Subject:** Re: NOTICE OF NO CONTACT ORDER

Dear Dr. Bluestein,

There must be some misunderstanding. I have never spoken to [Mr. Doe] in person, nor have I contacted him directly using email, messages, or any other virtual platform. To my knowledge, I have only made statements "directed at" [Mr. Doe] on three occasions using the "Scalia Law '25" GroupMe, which is open to all 3L law students. On all three occasions, [Mr. Doe] publicly expressed an opinion that is a subject of current political debate, and I expressed my objections to [Mr. Doe's] position, based on my political and religious beliefs. Is it really the position of this school that I can be barred from responding publicly to a public statement about a politically controversial topic?

Given the serious First Amendment issues implicated by this situation, I ask that you immediately lift the No Contact order with respect to my statements in the "Scalia Law '25" GroupMe until there is a further investigation into whether my statements in that chat constituted harassment against [Mr. Doe]

Sincerely,
Maria E. Arcara

J.D. Candidate | Class of 2025
George Mason University Antonin Scalia Law School
*Executive Vice President of Membership*, Trial Advocacy Association
*Vice President*, Republican Lawyers Association
*Treasurer*, St. Thomas More Society

---

**From:** Title IX <span style="background:black">████████████</span>
**Sent:** Friday, October 11, 2024 4:14 PM
**To:** Maria E Arcara <span style="background:black">████████████</span>
**Cc:** Thomas Bluestein <span style="background:black">████████████</span>
**Subject:** NOTICE OF NO CONTACT ORDER

October 11, 2024

Dear Maria,

Thank you for your time and attention. I am contacting you to provide notification of a No Contact Order that was issued today by the Title IX Office involving you and another George Mason community member. **This order is effective immediately**. This No Contact Order is being issued mutually to both parties; you should not attempt to contact the other individual named in the No

Contact Order, nor should you receive any outreach from them. If you do receive contact from the other individual, please notify the Title IX Office.

**Recognizing that this is being sent on a Friday afternoon, if you have any questions or concerns, please email Title IX Coordinator, Dr. Tom Bluestein (cc'd) directly.** In that email you can include dates and times you are available to meet next week as well as any questions you have. Dr. Bluestein will respond to your email as quickly as possible. To ensure effective communication, please send any questions or concerns directly to Dr. Bluestein using the email address ███████████.

If you would like to schedule a time to discuss the No Contact Order, or if you would like to meet to discuss resources available to you, please let me know. I can assist you with scheduling a meeting with a Title IX Team Member. For more information regarding Title IX at Mason, please see [University Policy 1202: Sexual and Gender-Based Harassment and Other Interpersonal Violence](#).

Please review the No Contact Order attached thoroughly for more information, and reach out to our office if you receive any contact or have any questions or concerns.

Sincerely,

Title IX Office

Diversity, Equity and Inclusion

George Mason University

*This email and any files transmitted may contain confidential information as protected by the Family Educational Rights and Privacy Act (FERPA), 20 USC § 1232g and/or Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution is prohibited. If you have received this electronic communication in error, please notify me by telephone or return e-mail and delete this message from your system completely.*