# EXHIBIT 12

| | |
|---|---|
| **Subject:** | Meeting Summary/Follow-Up |
| **Date:** | Tuesday, October 15, 2024 at 10:00:37 AM Eastern Daylight Time |
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of Thomas M Bluestein |
| **To:** | Selene M Cerankosky |

**Caution:** This email did not originate from George Mason's mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Good morning, Selene,

Thank you for meeting with me earlier to discuss the No Contact Order. Per your request, please allow this email to serve as a brief meeting summary of the information we discussed earlier.

-NCOs are issued as a supportive measure and are not punitive or a sanction of any sort. NCOs can lead to disciplinary action if one allegedly violates the NCO. The Office of Student Conduct adjudicates allegations of violations of NCOs (for students) and will often (again, I cannot say with 100% certainty, but in my experience, OSC always contacts us) contact TIX if the underlying NCO was issued by my office. I cannot guarantee that you or anyone will not be alleged to have violated an NCO; what Mason can guarantee is that the parties will be provided process through an adjudication process. I explained that NCO violations are akin to "strict liability" laws where the standard of review is simply, was the order violated or not.

-I have never, in my experience, seen a question on a Character and Fitness document requesting data on receipt of an NCO or similar supportive measure. If someone is found responsible for violating university policy (such as Policy 1202 [Title IX policy] or the Code of Student Conduct), that may need to be reported on C&F. If you find yourself feeling like you need to disclose the receipt of an NCO on C&F (again, I find this very unlikely), <u>please</u> contact me--I

would be happy to provide a letter to you (as a supportive measure) to provide to C&F to explain this NCO.

-We discussed that the alleged prohibited conduct is actually about the <u>effect</u> of speech in the GroupMe, not the speech itself. This is an important differentiation as Mason is not attempting, through this NCO (or any other process) to limit one's freedom of speech or expression. Admittedly, the NCO does limit your ability to contact another individual, but as you mentioned, this NCO is reciprocal, so the other person may not contact you as well.

-You are not limited in expressing your beliefs, ideas, etc., in the GroupMe (or in class or other clubs, etc.), except that I would suggest that you not "tag" or otherwise use the other party's name in a response (I do believe you can respond to things posted by the other party, but again, tailor your response to the issue, not the individual).

-You are 100% allowed to attend the event you mentioned to me earlier today; you should feel free to ask a question(s) (in an appropriate manner with tact-- something, after meeting with you, that I do not believe would be an issue) at the event, even if it is hosted by the other party.

-We discussed, very quickly, the procedure for a Title IX investigation. Of most import, anyone alleged to have violated Policy 1202 for which an investigation is opened, receives notice of that investigation with info about the specific allegations made against them. Currently, there is no investigation pending or open in my office (as of this writing).

I did not mention this during our meeting, but please remember/know that there are several resources available to you as you work through this situation and anything else. Resources such as Student Support and Advocacy (SSAC), Counseling and Psychological Services (CAPS), and TimelyCare are excellent resources. Please feel free to let me know if you would like a referral to SSAC or for more information about these resources.

Finally, I believe I captured the high points of our conversation. Please feel free to reply to add anything that I might have forgotten, or to let me know if you have any questions.

Thanks,
Tom

© 2024 Guardian | George Mason University DEI. All rights reserved.